IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30626
Summary Calendar

_____

CHARLES MCCRAY,

Plaintiff-Appellant,

versus

TIMOTHY WILLIAMS, Individually and in his official capacity as
Sergeant; KELLY WARD, Individually and in his official capacity
as Warden; RICHARD STALDER, Individually and his official
capacity as Secretary of State of the Department of Corrections,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-2288
- - - - - - - - - - -
November 3, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Charles McCray, Louisiana prisoner #99199, appeals the
dismissal of his civil rights complaint for failure to state a
claim. We affirm the dismissal of McCray's claims against
Louisiana Department of Corrections Secretary Richard Stalder and
David Wade Correctional Center Warden Kelly Ward. Williams v.
Luna, 909 F.2d 121, 123 (5th Cir. 1990); see Sojourner T v.
Edwards, 974 F.2d 27, 30 (5th Cir. 1992). The district court erred
by dismissing McCray's claims against Sergeant Timothy Williams on

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the ground that McCray had failed to state a claim for relief.  See Fernandez-Montes v. Allied Pilots Ass'n, 987 F.2d 278, 284 (5th Cir. 1993); see also Lewis v. Casey, 116 S. Ct. 2174, 2177 (1996); Gartrell v. Gaylor, 981 F.2d 254, 259 (5th Cir. 1993); Woods v. Smith, 60 F.3d 1161, 1164-66 (5th Cir. 1995).  Our review of the record establishes, however, that McCray has not pleaded that he has exhausted prison administrative remedies with regard to his claim against Sergeant Williams.  Accordingly, pursuant to 42 U.S.C. § 1997e(a), his complaint is subject to dismissal with prejudice for purposes of proceeding in forma pauperis.  Underwood v. Wilson, 151 F.3d 292, 295-96 (5th Cir. 1998); see Sojourner T., 974 F.2d at 30.

We AMEND the judgment of dismissal to reflect that the complaint is DISMISSED WITH PREJUDICE FOR PURPOSES OF PROCEEDING IN FORMA PAUPERIS, and AFFIRM AS AMENDED.

AFFIRMED AS AMENDED.